IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

ROLAND JAMERSON                                                                                    PLAINTIFF

VS.                                      Civil No. 10-CV-1016

SHERIFF DENNY FOSTER;
CAPTAIN TRUMAN YOUNG;
LT. JANET DELANEY; and
JAILER BARRY BRADLEY                                                                          DEFENDANTS

## ORDER

Now on this 18th day of May, 2010, comes on for consideration the proposed findings and recommendations filed herein on April 12, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Fourteen days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the Court finds that Plaintiff's complaint should be and is hereby dismissed prior to service of process. The claims asserted are frivolous and/or fail to state claims upon which relief may be granted. 28 U.S.C. § 1915A(b). Dismissal of this action will constitute a "strike" under 28 U.S.C. §1915(g). The Clerk of Court is directed to place a §1915(g) strike flag on the case.

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**